```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 28548
   PETER MAGOULIANOS
   JOAN MAGOULIANOS                         CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER
          Debtor
   SSN XXX-XX-6750    SSN XXX-XX-9695

---------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     The case was filed on 08/02/2004 and was confirmed 09/29/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 11/17/2008.
---------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
---------------------------------------------------------------------
CHRYSLER FINANCIAL SVC A   SECURED            3195.13      114.60         3195.13
CITY OF CHICAGO WATER DE   SECURED             455.00       11.04          455.00
WELLS FARGO BANK           CURRENT MORTG    91354.63         .00        91354.63
ACL INC                    UNSEC W/INTER   NOT FILED         .00             .00
CARDIO RESPIRATORY ASST    UNSEC W/INTER   NOT FILED         .00             .00
CARSON PIRIE SCOTT         UNSEC W/INTER      347.45       46.54          347.45
RESURGENT ACQUISITION LL   UNSEC W/INTER     7539.88     1006.49         7539.88
CITY OF CHICAGO PARKING    UNSEC W/INTER      480.00       61.23          480.00
CITY OF CHICAGO PARKING    UNSEC W/INTER   NOT FILED         .00             .00
CITY OF CHICAGO PARKING    UNSEC W/INTER   NOT FILED         .00             .00
CITY OF CHICAGO PARKING    UNSEC W/INTER   NOT FILED         .00             .00
COMMONWEALTH EDISON        UNSEC W/INTER   NOT FILED         .00             .00
DISCOVER FINANCIAL SERVI   UNSEC W/INTER     8878.08     1185.12         8878.08
NORTHWESTERN MEDICAL FAC   UNSEC W/INTER   NOT FILED         .00             .00
NORTHWESTERN MED FACULTY   NOTICE ONLY     NOT FILED         .00             .00
NORTHWESTERN MEMORIAL HO   UNSEC W/INTER   NOT FILED         .00             .00
NORTHWESTERN MEMORIAL HO   NOTICE ONLY     NOT FILED         .00             .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER       86.47       59.11           86.47
ECMC                       UNSEC W/INTER     7830.36     1051.18         7830.36
SALLIE MAE                 NOTICE ONLY     NOT FILED         .00             .00
SALLIE MAE SERVICING       NOTICE ONLY     NOT FILED         .00             .00
SPRINT SPECTRUM LP         UNSEC W/INTER     1239.59      165.47         1239.59
SPRINT PCS                 NOTICE ONLY     NOT FILED         .00             .00
ISAC                       UNSEC W/INTER     3460.25      461.99         3460.25
WELLS FARGO EDUC FIN SER   NOTICE ONLY     NOT FILED         .00             .00
CARSON PIRIE SCOTT         UNSEC W/INTER         .00         .00             .00
WELLS FARGO BANK           MORTGAGE ARRE     1919.02         .00         1919.02
PETER FRANCIS GERACI       DEBTOR ATTY      2,700.00                     2,700.00
TOM VAUGHN                 TRUSTEE                                       8,529.15
DEBTOR REFUND              REFUND                                      176,437.88

     Summary of Receipts and Disbursements:

                 PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 28548 PETER MAGOULIANOS & JOAN MAGOULIANOS
```

```
-------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                 318,615.66

PRIORITY                                           .00
SECURED                                      96,923.78
    INTEREST                                    125.64
UNSECURED                                    29,862.08
    INTEREST                                  4,037.13
ADMINISTRATIVE                                2,700.00
TRUSTEE COMPENSATION                          8,529.15
DEBTOR REFUND                               176,437.88
                        ---------------    ---------------
TOTALS                  318,615.66          318,615.66
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
   Dated: 02/26/09              _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE